UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Odvin Lopez
        Plaintiff,

-against-

Thomas Decker in his official capacity as New York City
Field Office Director, U.S. Immigration and Customs
Enforcement; Chad Wolf in his official capacity as Acting
Secretary of the U.S. Department of Homeland Security;
William Barr in his official capacity as General U.S.
Department of Justice,
        Defendant
------------------------------------------------------------X



19cv11223(GBD)
ORDER

GEORGE B. DANIELS, DISTRICT JUDGE:

**ODVIN LOPEZ**, has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. §2241. Upon review of that petition, the government is ordered to submit a response to the petition on or before **January 20, 2020**.

The clerk of the court is directed to serve a copy of this order and the underlying petition on the United States Attorney for the Southern District of New York.

Dated:    New York, New York
           December 9, 2019

SO ORDERED:

*George B Daniels*
George B. Daniels
United States District Judge